**Motions Granted; Appeal Dismissed and Memorandum Opinion filed May 17, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00243-CV

---

**RANDY HUGHES, Appellant**

**V.**

**BROC D. SPEDALE, INDIVIDUALLY AND IN THE RIGHT OF VISION UP, LLC, Appellee**

---

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 13-12-22278**

---

## M E M O R A N D U M   O P I N I O N

Appellant/Cross-Appellee filed a notice of appeal from the final judgment signed January 19, 2018. Appellee/Cross-Appellant filed a notice of cross-appeal from the same judgment. On April 27, 2018, Appellant/Cross-Appellee filed a voluntary motion to dismiss his appeal. *See* Tex. R. App. P. 42.1. On May 9, 2018,

Appellee/Cross-Appellant filed a motion to dismiss his appeal. *See id*. The motions are granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.